UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IVAN MEDINA RONULO,<br><br>                  Petitioner,<br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>                  Respondents. | CASE NO. 2:25-cv-02543-RAJ-GJL<br><br>ORDER SETTING BRIEFING SCHEDULE AND GIVING NOTICE OF RIGHT TO CONSENT |

Petitioner Ivan Medina Ronulo, through counsel, has filed a 28 U.S.C. § 2241 habeas Petition, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). Dkt. 1. The filing fee has been paid. *See id*.

The Court has discretion to determine when a response to a § 2241 habeas petition is due. *See*, *e.g.*, Sect. 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254); *Clutchette v. Rushen*, 770 F.2d 1469, 1474–75 (9th Cir. 1985) (pursuant to Habeas Rule 4, the federal court has discretion to fix a time to file an answer beyond the time periods set forth in 28 U.S.C. § 2243). A court considering a habeas

corpus petition "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243.

Having reviewed the Petition, the Court **ORDERS**:

1. **Service**. If not previously accomplished, electronic posting of this Order and Petitioner's Petition shall effect service upon the United States Attorney of the Petition and any supporting documents. Dkt. 1. Service upon the United States Attorney is deemed to be service upon the Respondents.

2. On or before **January 5, 2026**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondents shall file the return with the Clerk of Court and shall serve a copy upon Petitioner.

3. Petitioner may file a traverse and response no later than **January 12, 2026**.

4. The Clerk shall note the matter as ready for the Court's consideration on **January 12, 2026**.

5. Respondents shall not file a reply brief unless requested by the Court.

6. To expedite Respondents' ability to file a Response to the Petition, Petitioner is directed to share his "Alien Registration Number" (if known) with Respondents within 24 hours of the filing of this Order.

7. To preserve the opportunity to determine whether the court has subject matter jurisdiction and, if so, to consider whether habeas relief is warranted, a court may issue an order to maintain the status quo. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("[T]he District Court ha[s] the power to preserve existing conditions while it . . .

determine[s] its own authority to grant injunctive relief," unless the assertion of jurisdiction is frivolous.). This is particularly so when the order is necessary to prevent action that would otherwise destroy the court's jurisdiction or moot the case. *United States v. Shipp*, 203 U.S. 563, 573 (1906).

Accordingly, to allow Petitioner time to move for emergency relief in the event he is to be transferred or removed before this Court reviews his Petition, the Court **ORDERS** that Respondents must provide this Court, Petitioner, and Petitioner's counsel in this habeas corpus action, at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer him from the Northwest Immigration and Customs Enforcement Processing Center or to remove him from the United States.

8. The parties have a right to consent to the undersigned Magistrate Judge. Consent is voluntary. Counsel for the parties are directed to indicate whether they consent or decline consent by no later than **January 5, 2026**, by emailing Deputy Kelly Miller at kelly_miller@wawd.uscourts.gov. If the parties consent, the undersigned Magistrate Judge will preside over the entire case through judgment. If the parties decline consent, the case will remain assigned to District Judge Jones.

Dated this 17th day of December, 2025.

Grady J. Leupold
United States Magistrate Judge