BENJAMIN CORNELL, WSB #49553
ASCENT LEGAL, PLLC
5401 South Tacoma Way, Office 13
Tacoma, WA 98409
Office: (253) 300-6918
ben@ascentlegal.net

*Attorney for Petitioner*

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| IVAN MEDINA RONULO<br><br>                      Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary for the Department of Homeland Security; TODD LYONS, Acting Director, Immigration and Customs Enforcement; CAMILLA WAMSLEY, Field Office Director, Immigration and Customs Enforcement Seattle Field Office; BRUCE SCOTT, Warden, Northwest ICE Processing Center,<br><br>                      Respondents. | Case No. 2:25-cv-02543-RAJ-GJL<br><br>Agency File No.: 240-502-626<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

# ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having received the unopposed motion for voluntary dismissal of Petitioner's writ of habeas corpus filed on December 12, 2025, and the Court having considered all papers filed in connection with this motion, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said writ of habeas corpus is voluntarily dismissed.

DATED this 18th day of December, 2025.

_____
HON. RICHARD A. JONES
United States District Judge
Western District of Washington

Presented by:

BENJAMIN CORNELL
Ascent Legal, PLLC


*s/ Benjamin Cornell*
Benjamin Cornell, WSBA # 49553
1504 S Tacoma Way, Office 13
Tacoma, WA 98409
Phone: 253-300-6918
Email:  ben@ascentlegal.net
*Attorney for Petitioner*

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS
Case No.: 2:25-cv-02543-RAJ-GJL - 1

ASCENT LEGAL, PLLC
5401 S TACOMA WAY, OFFICE 13
TACOMA, WASHINGTON 98409
(253) 300-6819